UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

       - v. -                        :   NOTICE OF INTENT
                                       TO FILE AN INFORMATION
CARLOS JORDAN,                       :

           Defendant.            :

- - - - - - - - - - - - - - - - x

**09 CRIM 680**

**Judge Buchwald**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        June 29, 2009

                                      LEV L. DASSIN
                                      Acting United States Attorney

                       By:   _____
                           Rebecca Rohr
                           Assistant United States Attorney
                           Tel:  212-637-2531
                           Fax:  212-637-2390

                       AGREED AND CONSENTED TO:

                    By:   _____
                         Michael J. Nedick, Esq.
                         Attorney for Carlos Jordan



wheel A