UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA                  :

       -v.-                               :     09 CRIM 680

CARLOS JORDAN,                            :

          Defendant.                    :

------------------------------X

    The above-named defendant, who is accused of violating Title 18 United States Code, Sections 1951 and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                     _____
                                     Defendant

                                     _____
                                     Witness

                                   _____
                                   Counsel for Defendant

Date:    New York, New York
         7/7    , 2009

