UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :     INFORMATION
:
        - v. -                    :     09 Cr. ___
:
CARLOS JORDAN,                    :
:
              Defendant.          :     09 CRIM 680
:
- - - - - - - - - - - - - - - - x

                            COUNT ONE

    The United States Attorney charges:

    1.  From in or about November 2007 through on or about February 2008, in the Southern District of New York and elsewhere, CARLOS JORDAN, the defendant, together with others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, JORDAN agreed with others to commit robberies of persons driving vehicles containing goods that were transported in interstate commerce, including cigarettes.

          (Title 18, United States Code, Section 1951.)



## COUNT TWO

The United States Attorney further charges:

2. On or about December 4, 2007, in the Southern District of New York, CARLOS JORDAN, the defendant, and others known and unknown, unlawfully, willfully and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, JORDAN and others carjacked an individual in Manhattan and stole cartons of cigarettes.

(Title 18, United States Code, Sections 1951 and 2.)

## FORFEITURE ALLEGATION

3. As the result of committing the robbery offenses in violation of Title 18, United States Code, Section 1951, alleged in Counts One and Two of this Information, CARLOS JORDAN, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, a sum of money equal to $2,000 in United States currency, representing all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense.

<u>Substitute Assets Provision</u>

4. If any of the forfeitable property described in paragraph 3 of this Information, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

(Title 18, United States Code, Section 981(a)(1),
Title 28, United States Code, Section 2461.)

*[signature]*
LEV L. DASSIN
Acting United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS JORDAN,

Defendant.

INFORMATION

09 Cr. ___

(18 U.S.C. §§ 1951 and 2)

LEV L. DASSIN
Acting United States Attorney.