```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,

                                                   **O R D E R**

      - against -

                                                   09 CR 680 (NRB)

CARLOS JORDAN,

                    Defendant.
---------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      It is hereby ordered that the Clerk of the Court unseal any sealed entries on the docket in this case.

      **SO ORDERED.**

Dated:    New York, New York
            March 25, 2011

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

      Copies of the foregoing Order have been mailed on this date to the following:

      Kan Min Nawaday, Esq.
      United States Attorney SDNY 1 Saint Andrew
      One Saint Andrew's Plaza
      New York, NY 10007

      Michael Nedick, Esq.
      888 Grand Concourse
      Bronx, NY 10451